THOMAS E. FRANKOVICH (SBN 074414)
AMANDA LOCKHART (SBN 289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone: 415-389-8600
Email: alockhart@disabilitieslaw.com

Attorneys for Plaintiff
BYRON CHAPMAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 2:18- cv-01392-PSG-PLA |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE AND RELATED DATES** |
| JUMPING J INVESTMENTS, *et al.* | |
| Defendants. | |

Plaintiff Byron Chapman and Defendant Marilyn Hansen, hereinafter the "Parties", by and through their respective counsel, do hereby stipulate to the following:

**WHEREAS,** Ruzanna Poghosyan, counsel for Defendants Manhal Mawas and Fadi Mahmoud, contacted the undersigned Plaintiff's counsel Amanda Lockhart and counsel to Defendant Hansen, Jeanne Marie Lechich, via email on Sunday, July 8, 2018; and

**WHEREAS,** Ms. Poghosyan indicated that she would be out of the state from July 8, 2018 until August 1, 2018; and

**WHEREAS,** Ms. Poghosyan was only then informed that she would have virtually no contact via email during that time; and

**WHEREAS,** there is an August 13, 2018, Scheduling Conference set in this case, with a Joint Statement to be filed no later than July 30, 2018; and

**WHEREAS,** Ms. Poghosyan requested that the Parties hereto stipulate to continuing the Scheduling Conference and the Joint Statement filing deadline by 30 days each; and

**WHEREAS,** a true and correct copy of the email from Ms. Poghosyan is attached hereto;

**THEREFORE,** Plaintiff and Defendant Marilyn Hansen hereby stipulate to and request on behalf of all Parties that the Scheduling Conference and the Joint Statement filing deadline be continued by 30 days each. The Scheduling Conference will take place on September 12, 2018, and the Joint Statement must be filed on or before August 29, 2018.

**IT IS SO STIPULATED.**

**Dated:** July 13, 2018                    THOMAS E. FRANKOVICH
                                            *A PROFESSIONAL LAW CORPORATION*


                                            By:    /s/ Amanda Lockhart
                                            Amanda Lockhart
                                            Attorney for Plaintiff

**Dated:**  July 13, 2018                   PHILLIPS SPALLAS & ANGSTADT LLP


                                            By:    /s/ Jeanne Marie Lechich
                                            Jeanne Marie Lechich
                                            Attorney for Defendant Marilyn Hansen

## Amanda Lockhart

| | |
|---|---|
| **From:** | Ruzanna Poghosyan [ruzanna@rpcriminaldefense.com] |
| **Sent:** | Sunday, July 8, 2018 2:26 PM |
| **To:** | Jeanne Marie Lee; Amanda Lockhart |
| **Subject:** | Chapman v. Jumping J Investments, Inc. et al. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear counsel,

By this email I would like to let you know that I'll be attending the Trial Lawyers College in Wyoming from July 8 to August 1st.  Initially, my understanding was that we would have limited access to internet and phone. Apparently, "limited" means almost NO access to internet. We have an upcoming status conference and joint statement to be filed. Taking into consideration my circumstances, can we stipulate to continue the status conference for maybe 30 days? I'm sorry for any inconvenience this may cause and appreciate your courtesy!

Ruzanna Poghosyan, ESQ.